UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>SERGEYI BAZAR,<br><br>                              Defendant. | Case No.: 3:15-cr-0499-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>[ECF No. 169] |

Movant Sergeyi Bazar has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)").  ECF No. 169.  The United States opposed.  ECF No. 172.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A).  The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise.  *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling.  He is also currently serving a 204-month sentence for sex trafficking by fraud in violation of 18 U.S.C. § 1591(a) and inducement to travel in interstate commerce for prostitution in violation of 18 U.S.C. § 2422(a).  The Court finds Movant would pose a significant danger to the community if released.  The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Date: May 6, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge